# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DOUGLAS MILLIGAN

vs.                                            NO. 2:05CV00127 SWW

CENTURY MANAGEMENT, INC.

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal[1] filed by the parties in this matter pursuant to Rule 41, Federal Rules of Civil Procedure,

IT IS THEREFORE ORDERED that this cause of action hereby is dismissed without prejudice.

DATED this 13th day of September, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The parties' stipulation of dismissal was docketed as a joint motion to dismiss the complaint.